COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
SARAH R. BINNING (287637) (sbinning@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
MOBILEIRON, INC., ROBERT TINKER,
and TODD FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALMAN PANJWANI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEIRON, INC., ROBERT TINKER, and TODD FORD,<br><br>Defendants. | Case No. 3:15-CV-01984-SC<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS MOBILEIRON, INC., ROBERT TINKER, AND TODD FORD**<br><br>Judge: Hon. Samuel Conti |

TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(A), that John C. Dwyer, Jessica Valenzuela Santamaria, and Sarah R. Binning of Cooley LLP hereby appear as counsel of record in this action for Defendants MobileIron, Inc., Robert Tinker and Todd Ford ("Defendants"). Defendants respectfully requests that all pleadings, discovery, correspondence, and other material be served upon counsel at the address referenced above.

Dated: May 27, 2015     COOLEY LLP
JOHN C. DWYER (136533)
JESSICA VALENZUELA SANTAMARIA (220934)
SARAH R. BINNING (287637)

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants
MOBILEIRON, INC., ROBERT TINKER, and
TODD FORD

### CERTIFICATE OF SERVICE

I, Jessica Valenzuela Santamaria, one of the attorneys for Defendants MobileIron, Inc., Robert Tinker, and Todd Ford hereby certify that on May 27, 2015, I caused a copy of the attached Notice of Appearance of Counsel for Defendants MobileIron, Inc., Robert Tinker and Todd Ford to be submitted electronically to the Court's Electronic Case Filing System which generates a Notice of Electronic Filing that constitutes service to all Filing Users under Fed. R. Civ. P. 5(b)(2)(D).

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria

116861904