| | |
|---|---|
| 1 | COOLEY LLP |
| | JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
| 2 | JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com) |
| | SARAH R. BINNING (287637) (sbinning@cooley.com) |
| 3 | 3175 Hanover Street |
| | Palo Alto, CA  94304-1130 |
| 4 | Telephone:     (650) 843-5000 |
| | Facsimile:     (650) 849-7400 |
| 5 | |
| 6 | Attorneys for Defendants |
| | MOBILEIRON, INC., ROBERT TINKER, |
| 7 | and TODD FORD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALMAN PANJWANI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.  3:15-CV-01984-SC |
| | **CLASS ACTION** |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION RE DEFENDANTS MOBILEIRON, INC., ROBERT TINKER AND TODD FORD'S RESPONSE TO THE PENDING COMPLAINT |
| v. | |
| MOBILEIRON, INC., ROBERT TINKER, and TODD FORD, | |
| Defendants. | Hon. Samuel Conti |

Upon consideration of the Stipulation to not require Defendants MobileIron, Inc., Robert Tinker, and Todd Ford ("Defendants") to answer, move against or otherwise respond without waiving any rights, arguments or defenses to the Complaint filed on May 1, 2015 by Plaintiff Salman Panjwani, individually and on behalf of all others similarly situated, ("Plaintiff"), which was entered into by counsel for Plaintiff and Defendants (the "Stipulation"), the files and records of the case, and good cause appearing therefor,

1. The Court grants the Stipulation and Defendants need not respond to the pending Complaint filed on May 1, 2015;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

[PROPOSED] ORDER GRANTING STIP. RE
DEFENDANTS' RESPONSE TO COMPLAINT
3:15-CV-01984-SC

1   2.      Upon appointment of a lead plaintiff and lead counsel after the hearing scheduled on August 14, 2015 at 10:00 a.m., the parties will meet and confer to set a schedule for the filing by such lead plaintiff of a consolidated complaint and Defendants' response; and

3.      The Case Management Conference currently scheduled for July 31, 2015 shall be continued to a date following the appointment of lead plaintiff and lead counsel.

**IT IS SO ORDERED.**

Dated: 07/20/2015



Hon.
United

Judge Samuel Conti