1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WARREN SCHNEIDER,<br><br>  Plaintiff,<br><br>  v.<br><br>MOBILEIRON, INC., et al<br><br>  Defendant. | Case No. 15-cv-04404  NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Samuel Conti to determine whether it is related to 3:15-cv-01984 SC, Salman Panjwani, et al., v. MobileIron, Inc, et al.

IT IS SO ORDERED.

Date:   September 28, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge