1  THE ROSEN LAW FIRM, P.A.
   Laurence M. Rosen, Esq. (SBN 219683)
2  355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
   Telephone: (213) 785-2610
4  Facsimile: (213) 226-4684
   Email: lrosen@rosenlegal.com
5
   *Counsel for Lead Plaintiff*
6
                   UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                   SAN FRANCISCO DIVISION
9

10

11 | SALMAN PANJWANI, Individually and on Behalf of All Others Similarly Situated, | Case No.  3:15-CV-01984-VC

12 | | **CLASS ACTION**

   | Plaintiff, |

13 | v. | **STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CASE**

14 | MOBILEIRON, INC., ROBERT TINKER, and TODD FORD, | Judge:         Hon. Vince Chhabria
                                                     Courtroom:     4, 17th Floor
15 | Defendants. | Date Filed:   March 11, 2016

16

17

18

19

20

21

22

23

24

25

26

27

28

In light of the Court's February 22, 2016 Order Granting Motion to Dismiss ("Order") (Dkt. No. 49), Lead Plaintiff Dmitry Cherenshchikov ("Lead Plaintiff") and Plaintiff Salman Panjwani ("Panjwani"), by and through their undersigned counsel, and Defendants MobileIron, Inc., Robert Tinker, and Todd Ford, (collectively, "Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, on May 1, 2015, Plaintiff Panjwani commenced the above-captioned action, (the "*Panjwani* Action"), against Defendants.

WHEREAS, on August 17, 2015, this Court entered an Order granting Lead Plaintiff's and Defendants' Scheduling Stipulation (Dkt. No. 23) which provides that (1) Lead Plaintiff will file his Consolidated Amended Complaint on or before September 28, 2015, (2) Defendants will file their answer or other responsive pleading on or before November 13, 2015, (3) if any Defendant files a motion to dismiss the Consolidated Amendment Complaint, Lead Plaintiff will file any opposition thereto on or before December 23, 2015, and (4) any Defendant who files a motion to dismiss may file a reply in further support of that motion on or before January 22, 2016.

WHEREAS, on September 28, 2015, Lead Plaintiff filed his Consolidated Amended Complaint (Dkt. No. 27);

WHEREAS, on November 2, 2015, this Action was reassigned to the Honorable Vince Chhabria (Dkt. No. 33);

WHEREAS, On November 13, 2015, Defendants filed a Motion to Dismiss Lead Plaintiff's Consolidated Amended Complaint (Dkt. No. 39);

WHEREAS, on December 23, 2015, Plaintiffs filed their Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Dkt. No. 44);

WHEREAS, on January 22, 2016, Defendants filed their Reply in further support of their Motion to Dismiss (Dkt. No. 45);

WHEREAS, by its February 22, 2016 Order (Dkt. No. 49), this Court granted Defendants' Motion to Dismiss, without prejudice, directing Lead Plaintiff to file an amended complaint, if any, within twenty-one (21) days of the Order; and

WHEREAS, Lead Plaintiff has not moved for, nor has the Court granted class certification in this case.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Lead Plaintiff will forego filing an amended complaint and will not to file a notice of appeal or otherwise challenge the Court's Order (Dkt. No. 49).

2. Defendants will not move for sanctions.

3. All parties will bear their own costs and expenses relating to this Case, including attorneys' fees.

4. This matter is dismissed with prejudice as to Lead Plaintiff Dmitry Cherenshchikov and Plaintiff Salman Panjwani.

**Respectfully Submitted,**

Dated: March 11, 2016                COOLEY LLP

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

*Attorneys for Defendants MobileIron, Inc., Robert Tinker, and Todd Ford*

Dated: March 11, 2016                THE ROSEN LAW FIRM, P.A.

*/s/ Laurence M. Rosen*
Laurence M. Rosen (219683)

*Attorneys for Lead Plaintiff Dmitry Cherenshchikov and Plaintiff Salman Panjwani*

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3 | DATED: March 15, 2016

_____
The Honorable Vince Chhabria
United States District Judge